UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MONARCH BEVERAGE COMPANY, INC. and THE MONARCH BEVERAGE COMPANY (EUROPE) LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>RUSHH USA, INC., FOUAD KALLAMNI, and KIM BRIT MANAGEMENT INC.<br><br>Defendants. | Case No.: 06 cv 1509 (JG) (MDG)<br><br>**ORDER FOR**<br>**ADMISSION TO PRACTICE**<br>**PRO HAC VICE** |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 2 2006 ★

BROOKLYN OFFICE

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Joseph R. DelMaster, Jr., is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

IT IS SO ORDERED.

Dated: New York, New York
April 21, 2006

s/John Gleeson
_____
Judge John Gleeson

31147-187989
DC\562562\1